131 A.3d 409

IN THE MATTER OF JOHN F. HAMILL, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 024051980).

March 2, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–101 and DRB 15–165, recommending on the records certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **JOHN F. HAMILL, JR.,** of **JERSEY CITY,** who was admitted to the bar of this State in 1980, and who has been temporarily suspended from the practice of law since July 17, 2013, be disbarred for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep client reasonably

informed abut he status of a matter), *RPC* 1.15(a) (knowing misappropriation of client funds), and the principles of *In re Wilson*, 81 *N.J.* 451, 409 *A.*2d 1153 (1979), *RPC* 3.3(a)(1) (false statement of material fact or law to a tribunal), *RPC* 8.1(b) and *Rule* 1:20–3(g) (failure to cooperate with disciplinary authorities), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and *Rule* 1:20–20(b)(2)(3) (rules governing suspended attorneys);

And **JOHN F. HAMILL, JR.**, having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **JOHN F. HAMILL, JR.**, be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **JOHN F. HAMILL, JR.**, be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **JOHN F. HAMILL, JR.**, comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.